**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| TESHA N. REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-01476-RWS |
| | ) | |
| GARDA WORLD, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff Tesha N. Reeves' application to proceed in district court without prepaying fees or costs. Based on Plaintiff's financial information, the Court grants her application and waives the filing fee. The Court notes, however, that although Plaintiff has attached her right-to-sue letter to her complaint, she has not provided the Court with a copy of her EEOC charge of discrimination. Consequently, the Court will order the Plaintiff to supplement the complaint by submitting a copy of her charge of discrimination within 21 days of the date of this Order so that the Court may ascertain whether Plaintiff's claims in her complaint are like or reasonably related to the claims outlined in her charge. *Duncan v. Delta Consolidated Indus., Inc.,* 371 F.3d 1020, 1025 (8th Cir. 2004).

Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's application to proceed in district court without prepayment of fees and costs is **GRANTED**. Doc. [2].

**IT IS FURTHER ORDERED** that Plaintiff shall submit a copy of her charge of discrimination within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Court's Order may result in a dismissal of this action without prejudice.

Dated this 3rd day of October 2025.

                                                                    _____
                                                                    RODNEY W. SIPPEL
                                                                    UNITED STATES DISTRICT JUDGE